RECEIVED
IN LAKE CHARLES, LA.

JUL 31 2014

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| NOLAN C. DAVIS, SR. | * | CIVIL ACTION NO. 2:12-CV-1746 |
| Plaintiff | * | |
| V. | * | JUDGE MINALDI |
| DANIEL GRANGER, ET AL. | * | |
| Defendants | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 99] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the plaintiff's Objections [Doc. 100], and having determined that the Magistrate Judge's findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's Motion for Summary Judgment [Doc. 58] be and hereby is **DENIED**.

Lake Charles, Louisiana, this 31 day of July, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE